IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ROSLYNN SIMMONS | : CIVIL ACTION |
| | : |
| v. | : |
| | : NO. 15-929 |
| COMMUNITY EDUCATION | : |
| CENTERS, INC. | : |

## ORDER

**AND NOW,** this 2nd day of November 2015, upon consideration of Defendant's Motion for Summary Judgment (ECF Doc. No. 33), Plaintiff's Opposition (ECF Doc. No. 43) and Defendant's Reply (ECF Doc. No. 47), and for the reasons in the accompanying Memorandum, it is **ORDERED** Defendant's Motion (ECF Doc. No. 33) is **GRANTED** and Plaintiff's remaining claims for hostile work environment and retaliation are **dismissed.** The Clerk of Court shall **close** this case.

KEARNEY, J.